EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Lourdes Cales Santiago | 2017 TSPR 168  198 DPR ____ |
|---|---|

Número del Caso: TS-10,464

Fecha:    11 de septiembre de 2017

Abogado de la parte peticionaria:

        Lcdo. Jimmy Soto Ledesma

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lourdes Cales Santiago                    TS-10464

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de septiembre de 2017.

Examinada la *Moción informativa* presentada por la Sra. Lourdes Cales Santiago, se toma conocimiento. Se ordena la reinstalación de la señora Cales Santiago al ejercicio de la abogacía.

Se le ordena a la Secretaria del Tribunal, Interina registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo, Interina